UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL DOLGICER, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

-v-

SAREPTA THERAPEUTICS, INC., *et al.*,

                      Defendants.

25 Civ. 5317 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 26, 2025, plaintiff published a notice "advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i); *see* Dkts. 30-2, 33-3, 36-3, 44-2, 47-1. On August 25, 2025, plaintiffs moved to serve as lead plaintiff in this case. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.").

Accordingly, any responses to these motions are due September 10, 2025. No replies are invited.

SO ORDERED.

                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: August 26, 2025
       New York, New York