UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DOLGICER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAREPTA THERAPEUTICS, INC., DOUGLAS S. INGRAM, DALLAN MURRAY, and LOUISE RODINO-KLAPAC,<br><br>Defendants. | Civil Action: 1:25-cv-05317-PAE |

**NOTICE OF WITHDRAWAL OF MOTION BY SHARAD CHIB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS <u>SELECTION OF LEAD COUNSEL</u>**

**PLEASE TAKE NOTICE** that Movant Sharad Chib hereby withdraws his motion seeking an Order appointing him as Lead Plaintiff and approving his selection of Lead Counsel.

Notwithstanding this withdrawal, this notice of withdrawal shall have no effect on and is without prejudice to Movant Chib remaining as a member of the proposed class, including, but not limited to, his right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise, or to be appointed lead plaintiff if the Court finds that no other movants qualify.

Dated: September 2, 2025

                                            Respectfully submitted,

                                            **GAINEY McKENNA & EGLESTON**

                                            By: <u>*/s/ Thomas J. McKenna*</u>
                                                  Thomas J. McKenna
                                              Gregory M. Egleston

Christopher M. Brain
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

*Proposed Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2025.

*/s/ Thomas J. McKenna*
Thomas J. McKenna