**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL DOLGICER, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., DOUGLAS S. INGRAM, DALLAN MURRAY, and LOUISE RODINOKLAPAC,<br><br>　　　　Defendants. | Case No.: 1:25-cv-05317- PAE<br><br>Hon. Paul A. Engelmayer |

**NOTICE OF WITHDRAWAL OF THE SAREPTA INVESTORS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

ii

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Joseph J. Coury, Paolo Federici, and Somil Patel (collectively, the "Sarepta Investors Group"), hereby withdraws their Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 31. This withdrawal shall have no impact on the Sarepta Investors Group's membership in the putative class and its right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, the Sarepta Investors Group stands ready, willing and able to serve as lead plaintiff.

Dated: September 4, 2025                                            Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for the Sarepta Investors Group*

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

September 5, 2025
New York, New York