UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SMITH, Derivatively on Behalf of Nominal Defendant SAREPTA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> M. KATHLEEN BEHRENS, RICHARD J. BARRY, KATHRYN BOOR, MICHAEL CHAMBERS, DEIRDRE CONNELLY, DOUGLAS S. INGRAM, STEPHEN L. MAYO, CLAUDE NICAISE, HANS WIGZELL, DALLAN MURRAY, and LOUISE RODINO-KLAPAC, <br><br> Defendants, <br><br> and <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-06897-PAE <br><br> [Rel. 1:25-cv-05317-PAE] <br><br> **ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Michele D. Johnson for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

Applicant's Name: Michele D. Johnson
Firm Name: Latham & Watkins LLP
Address: 650 Town Center Drive, 20th Floor
City/State/Zip: Costa Mesa, CA 92626
Telephone: (714) 540-1235 / Facsimile: (714) 755-8290

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants M. Kathleen Behrens, Richard J. Barry, Kathryn Boor, Michael Chambers, Deirdre Connelly, Douglas S. Ingram, Stephen L. Mayo, Claude Nicaise, Hans Wigzell, Dallan Murray, and Louise Rodino-Klapac, and Nominal Defendant Sarepta Therapeutics, Inc.,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/12/2025

PAUL A. ENGELMAYER
United States District Judge