UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALVATORE MANGIACAPRE, Derivatively on Behalf of Nominal Defendant SAREPTA THERAPEUTICS, INC.,

    Plaintiff,

v.

DOUGLAS S. INGRAM, DALLAN MURRAY, LOUISE RODINO-KLAPAC, RICHARD J. BARRY, M. KATHLEEN BEHRENS, KATHRYN BOOR, MICHAEL CHAMBERS, DEIRDRE CONNELLY, STEPHEN L. MAYO, CLAUDE NICAISE, and HANS WIGZELL,

    Defendants,

and

SAREPTA THERAPEUTICS, INC.,

    Nominal Defendant.

Case No. 1:25-cv-07531-PAE

[Rel. 1:25-cv-05317-PAE]

**ORDER TO TO ADMIT COUNSEL *PRO HAC VICE***

---

The motion of Michele D. Johnson for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

    Michele D. Johnson
    Latham & Watkins LLP
    650 Town Center Drive, 20th Floor
    Costa Mesa, CA 92626
    Telephone: (714) 540-1235
    Facsimile: (714) 755-8290
    michele.johnson@lw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Douglas S. Ingram, Dallan Murray, Louise Rodino-Klapac, Richard J. Barry, M. Kathleen Behrens, Kathryn Boor, Michael Chambers, Deirdre Connelly, Stephen L. Mayo, Claude

Nicaise, and Hans Wigzell, and Nominal Defendant Sarepta Therapeutics, Inc.,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __September 26__, 2025

                                            PAUL A. ENGELMAYER
                                            United States District Judge