UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALVATORE MANGIACAPRE, Derivatively on Behalf of Nominal Defendant SAREPTA THERAPEUTICS, INC.,

    Plaintiff,

v.

DOUGLAS S. INGRAM, DALLAN MURRAY, LOUISE RODINO-KLAPAC, RICHARD J. BARRY, M. KATHLEEN BEHRENS, KATHRYN BOOR, MICHAEL CHAMBERS, DEIRDRE CONNELLY, STEPHEN L. MAYO, CLAUDE NICAISE, and HANS WIGZELL,

    Defendants,

and

SAREPTA THERAPEUTICS, INC.,

    Nominal Defendant.

Case No. 1:25-cv-07531-PAE

[Rel. 1:25-cv-05317-PAE]

**ORDER TO ADMIT COUNSEL *PRO HAC VICE***

---

    The motion of Sarah A. Tomkowiak for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the Bar of the State of Illinois and the District of Columbia and that her contact information is as follows:

    Sarah A. Tomkowiak
    Latham & Watkins LLP
    555 Eleventh Street, NW Suite 1000
    Washington, D.C. 20004
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201
    sarah.tomkowiak@lw.com

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Douglas S. Ingram, Dallan Murray, Louise Rodino-Klapac, Richard J. Barry, M. Kathleen Behrens, Kathryn Boor, Michael Chambers, Deirdre Connelly, Stephen L. Mayo, Claude

Nicaise, and Hans Wigzell, and Nominal Defendant Sarepta Therapeutics, Inc.,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September 26  , 2025

                                                PAUL A. ENGELMAYER
                                                United States District Judge