**LATHAM & WATKINS LLP**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 4, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Dolgicer v. Sarepta*, 1:25-cv-05317-PAE – Plaintiffs' Motion to Transfer Venue

Dear Judge Engelmayer:

We represent defendants Sarepta Therapeutics, Inc., Douglas S. Ingram, Dallan Murray, and Louise Rodino-Klapac in the above-referenced matter. We write pursuant to the Court's Order dated October 28, 2025 (Dkt. 93).

Defendants do not oppose the relief sought in Plaintiffs' Unopposed Motion to Transfer Venue ("Motion") (Dkts. 91-92). For clarity, Defendants do not agree with certain of Plaintiffs' assertions stated in the Motion, including but not limited to those regarding the location of "most" witnesses (for example, today, nearly half of Sarepta's workforce works outside of Massachusetts) (*see* Mot. at 6) and the relevance of third parties such as Thermo Fisher Scientific (*see id.*). Defendants respectfully reserve the right to oppose these or any other incorrect assertions in Plaintiffs' future pleadings or other filings.

Defendants respectfully request that this Court rule promptly on the Motion, so that this Court (if the Motion is denied) or the transferee court (if the Motion is granted) can consider the parties' Joint Stipulation and [Proposed] Order Regarding Schedule For Filing Lead Plaintiffs' Amended Complaint And Related Briefing (Dkt. 90). Pursuant to that joint stipulation, Plaintiffs' amended complaint would be due 60 days after entry of the scheduling order or January 22, 2026, whichever comes sooner.

Respectfully submitted,

/s/ *Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)

cc:     All Counsel of Record via ECF